Claim Register
In re Dura Operating, LLC
Case No. 19-12374

| Creditor Name and Address | Claim No. | Claim Date | Debtor | Current General Unsecured Claim Amount | Current Priority Claim Amount | Current Secured Claim Amount | Current 503(b)(9) Admin Priority Amount | Current Admin Priority Amount | Total Current Claim Amount |
|---|---|---|---|---|---|---|---|---|---|
| Aaron Inc.<br>c/o Bankruptcy Claims Administrative Services, LLC<br>100 Union Avenue, Suite 240<br>Cresskill, NJ 07626 | 863 | 1/6/2020 | Dura Operating, LLC | $10,875.00 | | | | | $10,875.00 |
| ACE American Insurance Company<br>Duane Morris LLP<br>Wendy M. Simkulak, Esquire<br>30 S. 17th Street<br>Philadelphia, PA 19103-4196 | 693 | 1/3/2020 | Dura Operating, LLC | $0.00 | | $0.00 | | $0.00 | $0.00 |
| Ace Machine & Metal Fab Co<br>c/o Bankruptcy Claims Administrative Services, LLC<br>100 Union Avenue, Suite 240<br>Cresskill, NJ 07626 | 862 | 1/6/2020 | Dura Operating, LLC | $37,280.27 | | | $3,510.00 | $656.25 | $41,446.52 |
| Adient PLC, on behalf of itself and its subsidiaries and affiliates<br>Dickinson Wright PLLC<br>Doron Yitzchaki<br>350 S. Main Street, Suite 300<br>Ann Arbor, MI 48104 | 703 | 1/6/2020 | Dura Operating, LLC | $0.00 | | $0.00 | | $0.00 | $0.00 |
| AFX Industries, LLC<br>Lambert Leser<br>Keith A. Schofner<br>755 W. Big Beaver Rd.<br>Suite 410<br>Troy, MI 48084 | 537 | 1/3/2020 | Dura Operating, LLC | $244,554.52 | | | $149,565.58 | | $394,120.10 |
| AFX Industries, LLC<br>Lambert Leser<br>Keith A. Schofner<br>755 W. Big Beaver Rd.<br>Suite 410<br>Troy, MI 48084 | 884 | 1/6/2020 | Dura Operating, LLC | $244,554.52 | | | $149,565.58 | | $394,120.10 |
| Allitex LLC<br>c/o Fair harbor Capital LLC<br>PO Box 237037<br>New York, NY 10023 | 403 | 12/31/2019 | Dura Operating, LLC | $11,456.25 | | | | | $11,456.25 |
| AMANDA BENT BOLT COMPANY<br>1120 CIC DRIVE<br>PO BOX 1027<br>LOGAN, OH 43138 | 258 | 12/17/2019 | Dura Operating, LLC | $80,521.85 | | | | | $80,521.85 |
| Ankura Trust Company, LLC as Agent under that certain Credit Agreement, dated as of January 21, 2010<br>Milbank LLP<br>Attn: Eric Stodola, Andrew Harmeyer<br>55 Hudson Yards<br>New York, NY 10001 | 888 | 1/6/2020 | Dura Operating, LLC | $0.00 | | $105,811,286.74 | | | $105,811,286.74 |

Claim Register
In re Dura Operating, LLC
Case No. 19-12374

| Creditor Name and Address | Claim No. | Claim Date | Debtor | Current General Unsecured Claim Amount | Current Priority Claim Amount | Current Secured Claim Amount | Current 503(b)(9) Admin Priority Amount | Current Admin Priority Amount | Total Current Claim Amount |
|---|---|---|---|---|---|---|---|---|---|
| Antrim Machine Products, Inc. c/o Fair Harbor Capital LLC<br>PO box 237037<br>New York, NY 10023 | 413 | 1/2/2020 | Dura Operating, LLC | $2,412.74 | | | | | $2,412.74 |
| ARAMARK Uniform & Career Apparel, LLC fka ARAMARK Uniform & Career Apparel, Inc.<br>Hawley Troxell Ennis & Hawley LLp<br>c/o Sheila R. Schwager<br>P.O. Box 1617<br>Boise, ID 83701 | 1014 | 2/19/2020 | Dura Operating, LLC | $16,397.85 | $1,091.21 | | | | $17,489.06 |
| Arbor Oakland Group<br>c/o Bankruptcy Claims Administrative Sevices, LLC<br>100 Union Avenue, Suite 240<br>Cresskill, NJ 07626 | 844 | 1/6/2020 | Dura Operating, LLC | $794.47 | | | $124.02 | | $918.49 |
| Armada Toolworks Ltd.<br>c/o Bankruptcy Claims Administrative Services, LLC<br>100 Union Avenue, Suite 240<br>Cresskill, NJ 07626 | 766 | 1/6/2020 | Dura Operating, LLC | $706.20 | | | | | $706.20 |
| ASSURANCE OPERATION CORPORATION D/B/A AOC METAL WORKS<br>2005 LIBERTY AVENUE<br>PO BOX 98<br>LAWRENCEBURG , TN 38464 | 328 | 12/23/2019 | Dura Operating, LLC | $70,733.54 | | | $287,065.88 | | $357,799.42 |
| ASSURANCE OPERATION CORPORATION D/B/A AOC METAL WORKS<br>2005 LIBERTY AVENUE<br>PO BOX 98<br>LAWRENCEBURG , TN 38464 | 329 | 12/23/2019 | Dura Operating, LLC | $70,733.54 | | | $287,065.88 | | $357,799.42 |
| ATMOSPHERE HEAT TREATING, INC<br>30760 CENTURY DRIVE<br>WIXOM, MI 48393 | 284 | 12/19/2019 | Dura Operating, LLC | $12,720.44 | | | | | $12,720.44 |
| Automatic Spring Products Corporation<br>Scott Zylstra<br>803 Taylor Ave<br>Grand Haven, MI 49417 | 204 | 12/12/2019 | Dura Operating, LLC | $22,909.66 | | | $5,848.00 | | $28,757.66 |
| BMW GROUP<br>JAFFE RAITT HEUER & WEISS, P.C.<br>RICHARD KRUGER, ESQ.<br>27777 FRANKLIN RD., STE. 2500<br>SOUTHFIELD, MI 48034 | 420 | 12/27/2019 | Dura Operating, LLC | | | $25,000.00 | | | $25,000.00 |
| Bollhoff Inc<br>c/o Bankruptcy Claims Administrative Services, LLC<br>100 Union Avenue, Suite 240<br>Cresskill, NJ 07626 | 856 | 1/6/2020 | Dura Operating, LLC | $5,750.00 | | | | | $5,750.00 |

Claim Register
In re Dura Operating, LLC
Case No. 19-12374

| Creditor Name and Address | Claim No. | Claim Date | Debtor | Current General Unsecured Claim Amount | Current Priority Claim Amount | Current Secured Claim Amount | Current 503(b)(9) Admin Priority Amount | Current Admin Priority Amount | Total Current Claim Amount |
|---|---|---|---|---|---|---|---|---|---|
| BOLLHOFF, INC.<br>2705 MARION DRIVE<br>KENDALLVILLE, IN 46755 | 436 | 12/30/2019 | Dura Operating, LLC | $5,973.48 | | | | | $5,973.48 |
| Bombardier Transportation Canada Inc.<br>Wilson Elser Moskowitz Edelman & Dicker LLP<br>Mark G. Ledwin, Esq.<br>1133 Westchester Avenue<br>New York, NY 10604 | 758 | 1/3/2020 | Dura Operating, LLC | $0.00 | | | | | $0.00 |
| Boston Matthews, Inc.<br>c/o Bankruptcy Claims Administrative Services, LLC<br>100 Union Avenue, Suite 240<br>Cresskill, NJ 07626 | 683 | 1/6/2020 | Dura Operating, LLC | $3,512.00 | | | | | $3,512.00 |
| BOURNS, INC<br>1200 COLOMBIA AVE<br>RIVERSIDE, CA 92507 | 999 | 2/6/2020 | Dura Operating, LLC | $5,392.80 | | | | | $5,392.80 |
| BUDNICK CONVERTING, INC.<br>200 ADMIRAL WEINEL BLVD<br>PO BOX 197<br>COLUMBIA, IL 62236 | 886 | 1/6/2020 | Dura Operating, LLC | $8,903.62 | | | | | $8,903.62 |
| Bungartz Christophersen Partnerschaft mbB<br>Patentanwaelte<br>Im Mediapark 6a<br>Cologne 50670<br>Germany | 186 | 12/6/2019 | Dura Operating, LLC | $40,548.14 | | | | | $40,548.14 |
| Bungartz Christophersen Partnerschaft mbB<br>Patentanwaelte<br>Im Mediapark 6a<br>Cologne 50670<br>Germany | 464 | 1/2/2020 | Dura Operating, LLC | $84,997.84 | | | | | $84,997.84 |
| Carlex Glass America, LLC<br>Bass, Berry & Sims PLC<br>c/o Paul G. Jennings<br>150 Third Ave. S.<br>Suite 2800<br>Nashville, TN 37201 | 556 | 1/3/2020 | Dura Operating, LLC | $4,125,242.00 | | | | | $4,125,242.00 |
| China Patent Agent (HK) Ltd<br>22/F, Great Eagle Center<br>23 Harbour Road<br>Wanchai<br>Hong Kong | 1026 | 3/10/2020 | Dura Operating, LLC | $3,096.20 | | | | | $3,096.20 |
| CHOCTAW-KAUL DISTRIBUTION COMPANY<br>3540 VINEWOOD STREET<br>DETROIT, MI 48208 | 603 | 1/2/2020 | Dura Operating, LLC | $3,242.26 | | | | | $3,242.26 |

Claim Register
In re Dura Operating, LLC
Case No. 19-12374

| Creditor Name and Address | Claim No. | Claim Date | Debtor | Current General Unsecured Claim Amount | Current Priority Claim Amount | Current Secured Claim Amount | Current 503(b)(9) Admin Priority Amount | Current Admin Priority Amount | Total Current Claim Amount |
|---|---|---|---|---|---|---|---|---|---|
| Chongqing Hoosen Technology Co., Ltd<br>c/o Max J. Newman<br>Butzel Long<br>41000 Woodward Ave.<br>Stoneridge West<br>Bloomfield Hills, MI 48304 | 467 | 1/2/2020 | Dura Operating, LLC | $277,020.15 | | | $40,433.20 | | $317,453.35 |
| Chongqing Hoosen Technology Co., Ltd<br>c/o Max J. Newman<br>Butzel Long<br>41000 Woodward Ave.<br>Stoneridge West<br>Bloomfield Hills, MI 48304 | 477 | 1/2/2020 | Dura Operating, LLC | $128,484.94 | | | $26,056.21 | | $154,541.15 |
| City of Lawrenceburg TN<br>25 Public Square<br>Lawrenceburg, TN 38464 | 984 | 1/24/2020 | Dura Operating, LLC | | $84,949.00 | | | | $84,949.00 |
| CKP<br>c/o Bankruptcy Claims Administrative Services, LLC<br>100 Union Avenue<br>Suite 240<br>Cresskill, NJ 07626 | 871 | 1/6/2020 | Dura Operating, LLC | $5,174.81 | | | | $997.20 | $6,172.01 |
| Coastal Automation and Supply c/o Fair Harbor Capital LLC<br>P.O. Box 237037<br>New York, NY 10023 | 468 | 1/2/2020 | Dura Operating, LLC | $4,858.40 | | | | | $4,858.40 |
| Connor Corporation<br>Krieg DeVault LLP<br>Kay Dee Baird, Esq<br>One Indiana Square, Suite 2800<br>Indianapolis, IN 46204 | 640 | 1/6/2020 | Dura Operating, LLC | $44,994.68 | | | $40,944.50 | | $85,939.18 |
| CRG Financial LLC (As Assignee of Ballman Metals, LLC)<br>100 Union Avenue<br>Cresskill, NJ 07626 | 831 | 1/6/2020 | Dura Operating, LLC | $120,331.60 | | | | | $120,331.60 |
| CRG Financial LLC (As Assignee of Cornerstone Rack & Tooling LLC)<br>100 Union Avenue<br>Cresskill, NJ 07626 | 855 | 1/6/2020 | Dura Operating, LLC | $24,653.00 | | | | | $24,653.00 |
| Department of Treasury - Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | 432 | 12/30/2019 | Dura Operating, LLC | | $0.00 | | | | $0.00 |
| DUDEK & BOCK SPRING MFG CO<br>5100 WEST ROOSEVELT ROAD<br>CHICAGO, IL 60650 | 531 | 1/3/2020 | Dura Operating, LLC | $44,507.97 | | | | | $44,507.97 |
| Dura Operating, LLC c/o Fair Harbor Capital LLC<br>PO Box 237037<br>New York, NY 10023 | 461 | 12/31/2019 | Dura Operating, LLC | $15,920.00 | | | | | $15,920.00 |

Claim Register
In re Dura Operating, LLC
Case No. 19-12374

| Creditor Name and Address | Claim No. | Claim Date | Debtor | Current General Unsecured Claim Amount | Current Priority Claim Amount | Current Secured Claim Amount | Current 503(b)(9) Admin Priority Amount | Current Admin Priority Amount | Total Current Claim Amount |
|---|---|---|---|---|---|---|---|---|---|
| EFC INTERNATIONAL, INC. 1940 CRAIGSHIRE ROAD ST. LOUIS, MO 63146 | 678 | 1/3/2020 | Dura Operating, LLC | $173,522.93 | | | | | $173,522.93 |
| ENGINEERED CUSTOM LUBRICANTS 3851 EXCHANGE AVE AURORA, IL 60504 | 1029 | 3/26/2020 | Dura Operating, LLC | $3,209.40 | | | | | $3,209.40 |
| Erbsloeh Aluminum Solutions, Inc. c/o Max J. Newman Butzel Long, a Professional Corporation 41000 Woodward Stoneridge West Bloomfield Hills, MI 48304 | 325 | 12/23/2019 | Dura Operating, LLC | $1,009,455.02 | | | | | $1,009,455.02 |
| Erbsloeh Aluminum Solutions, Inc. c/o Max J. Newman Butzel Long, a Professional Corporation 41000 Woodward Stoneridge West Bloomfield Hills, MI 48304 | 1027 | 3/17/2020 | Dura Operating, LLC | $542,513.77 | | | $505,015.17 | | $1,047,528.94 |
| Erin Industries c/o Bankruptcy Claims Administrative Services, LLC 100 Union Avenue, Suite 240 Cresskill, NJ 07626 | 826 | 1/6/2020 | Dura Operating, LLC | $3,800.00 | | | | | $3,800.00 |
| Essence Fastening Systems (Shanghai) Co., LTD Butzel Long Thomas Radom 41000 Woodward Avenue Stoneridge West Bloomfield Hills, MI 48304 | 586 | 1/3/2020 | Dura Operating, LLC | $396,092.55 | | | $43,456.85 | | $439,549.40 |
| FABRICATED MATERIALS INC 2554 S ROCHESTER RD ROCHESTER HILLS, MI 48307-3817 | 674 | 1/3/2020 | Dura Operating, LLC | $4,369.49 | | | | | $4,369.49 |
| Fair Harbor Capital LLC as asssignee of PROXEMICS CONSULTING PO Box 237037 New York, NY  10023 | 189 | 12/9/2019 | Dura Operating, LLC | $12,390.00 | | | | | $12,390.00 |
| Fair Harbor Capital LLC assignee of Cedillo Enterprises Inc. PO Box 237037 New York, NY 10023 | 458 | 12/31/2019 | Dura Operating, LLC | $31,652.50 | | | | | $31,652.50 |
| Fair Harbor Capital LLC assignee of Orbis (aka ORBIS DIV OF MENASHA CORP) PO Box 237037 New York, NY 10023 | 452 | 12/31/2019 | Dura Operating, LLC | $76,967.08 | | | | | $76,967.08 |

Claim Register
In re Dura Operating, LLC
Case No. 19-12374

| Creditor Name and Address | Claim No. | Claim Date | Debtor | Current General Unsecured Claim Amount | Current Priority Claim Amount | Current Secured Claim Amount | Current 503(b)(9) Admin Priority Amount | Current Admin Priority Amount | Total Current Claim Amount |
|---|---|---|---|---|---|---|---|---|---|
| Fastco Industries, Inc. PO Box 141427 Grand Rapids, MI 49514-1427 | 397 | 12/30/2019 | Dura Operating, LLC | $179,168.37 | | | $61,290.16 | | $240,458.53 |
| Federal Insurance Company Duane Morris LLP Wendy M. Simkulak, Esquire 30 S. 17th Street Philadelphia, PA 19103-4196 | 632 | 1/3/2020 | Dura Operating, LLC | $0.00 | | $0.00 | | $0.00 | $0.00 |
| Ford Motor Company McGuireWoods LLP Attn: Mark E. Freedlander Tower Two-Sixty 260 Forbes Avenue, Suite 1800 Pittsburgh, PA 15222 | 634 | 1/6/2020 | Dura Operating, LLC | $409,645.54 | | | | | $409,645.54 |
| Freese Enterprise Inc. c/o Bankruptcy Claims Administration Services, LLC 100 Union Avenue, Suite 240 Cresskill, NJ 07626 | 775 | 1/6/2020 | Dura Operating, LLC | $1,728.00 | | | | | $1,728.00 |
| Great Northern Insurance Company Duane Morris LLP Wendy M. Simkulak, Esquire 30 S. 17th Street Philadelphia, PA 19103-4196 | 615 | 1/3/2020 | Dura Operating, LLC | $0.00 | | $0.00 | | $0.00 | $0.00 |
| H & L Tool Company, Inc 32701 Dequindre Rd Madison Hgts, MI 48071 | 909 | 1/6/2020 | Dura Operating, LLC | $1,364.75 | | | | | $1,364.75 |
| Hain Capital Investors Master Fund, Ltd as Transferee of Air Charter Service, Inc. Attn: Cheryl Eckstein 301 Route 17, 7th Floor Rutherford, NJ 07070 | 43 | 11/7/2019 | Dura Operating, LLC | $330,750.00 | | | | | $330,750.00 |
| Hain Capital Investors Master Fund, Ltd as Transferee of Hexagon Metrology Inc Attn: Cheryl Eckstein 301 Route 17, 7th Floor Rutherford, NJ 07070 | 33 | 11/6/2019 | Dura Operating, LLC | $62,278.00 | | | | | $62,278.00 |
| Informs, Inc. 13055 Riley Street, Suite 10 Holland, , MI 49424 | 210 | 12/12/2019 | Dura Operating, LLC | $533.05 | | | | | $533.05 |
| Kenwal Steel Corp. Brooks Wilkins Sharkey & Turco PLLC c/o Matthew E. Wilkins 401 S. Old Woodward Ave., Suite 400 Birmingham, MI 48009 | 749 | 1/6/2020 | Dura Operating, LLC | $275,372.33 | | | $141,415.94 | | $416,788.27 |

Claim Register
In re Dura Operating, LLC
Case No. 19-12374

| Creditor Name and Address | Claim No. | Claim Date | Debtor | Current General Unsecured Claim Amount | Current Priority Claim Amount | Current Secured Claim Amount | Current 503(b)(9) Admin Priority Amount | Current Admin Priority Amount | Total Current Claim Amount |
|---|---|---|---|---|---|---|---|---|---|
| Kenwal Steel Corp.<br>Brooks Wilkins Sharkey & Turco PLLC<br>C/o Matthew E. Wilkins<br>401 S. Old Woodward Ave., Suite 400<br>Birmingham, MI 48009 | 975 | 1/22/2020 | Dura Operating, LLC | $275,372.33 | | | $141,415.94 | | $416,788.27 |
| Kernells Automatic Machining<br>c/o Bankruptcy Claims Administrative Services, LLC<br>100 Union Avenue, Suite 240<br>Cresskill, NJ 07626 | 750 | 1/6/2020 | Dura Operating, LLC | $12,287.50 | | | | | $12,287.50 |
| L&P Financial Services<br>Butzel Long, P.C.<br>c/o Max Newman<br>41000 Woodward Ave<br>Stoneridge West<br>Bloomfield Hills, MI 48304 | 466 | 1/2/2020 | Dura Operating, LLC | $141,212.35 | | | $58,021.94 | | $199,234.29 |
| Lakeside Casting Solutions<br>2 Lakeside Drive<br>Monroe City, MO 63456 | 344 | 12/26/2019 | Dura Operating, LLC | $26,692.58 | | | $20,717.81 | | $47,410.39 |
| Laurent & Charras<br>c/o Lippes Mathias Wexler Friedman LLP<br>Attn: John A. Mueller<br>50 Fountain Plaza, Suite 1700<br>Buffalo, NY 14202 | 522 | 1/2/2020 | Dura Operating, LLC | $148,049.46 | | | | | $148,049.46 |
| Lean Process Imprvmnt Conslt<br>c/o Bankruptcy Claims Administrative Services, LLC<br>100 Union Avenue, Suite 240<br>Cresskill, NJ 07626 | 763 | 1/6/2020 | Dura Operating, LLC | $61,388.80 | | | | | $61,388.80 |
| Macon County Shelterd Works<br>c/o Bankruptcy Claims Administrative Services, LLC<br>100 Union Avenue, Suite 240<br>Cresskill, NJ 07626 | 875 | 1/6/2020 | Dura Operating, LLC | $825.00 | | | | | $825.00 |
| MARSH INDUSTRIES INC<br>49680 LEONA DR<br>CHESTERFIELD, MI 48051-2475 | 830 | 1/7/2020 | Dura Operating, LLC | $4,970.00 | | | | | $4,970.00 |
| McClain Tool & Technology<br>c/o Bankruptcy Claims Administrative Services, LLC<br>100 Union Avenue, Suite 240<br>Cresskill, NJ 07626 | 820 | 1/6/2020 | Dura Operating, LLC | $932.40 | | | | | $932.40 |
| Mercedes-Benz AG<br>Burr & Forman LLP<br>Derek F. Meek, Esq.<br>420 20th Street North, Ste 3400<br>Birmingham, AL 35203 | 679 | 1/6/2020 | Dura Operating, LLC | | | $0.00 | | $50,000.00 | $50,000.00 |

Claim Register
In re Dura Operating, LLC
Case No. 19-12374

| Creditor Name and Address | Claim No. | Claim Date | Debtor | Current General Unsecured Claim Amount | Current Priority Claim Amount | Current Secured Claim Amount | Current 503(b)(9) Admin Priority Amount | Current Admin Priority Amount | Total Current Claim Amount |
|---|---|---|---|---|---|---|---|---|---|
| Mercedes-Benz US international, LLC<br>Burr & Forman LLP<br>Derek F. Meek<br>420 20th Street North, Ste 3400<br>Birmingham, AL 35203 | 701 | 1/6/2020 | Dura Operating, LLC | | | $0.00 | | $50,000.00 | $50,000.00 |
| MG MACHINE<br>LISA KNIGHT<br>PO BOX 620<br>1232 E. CAMBRIDGE<br>BELTON, MO 64012 | 816 | 1/6/2020 | Dura Operating, LLC | $336.00 | | | | | $336.00 |
| MISCHKE, RON<br>CUSTOMER SUPPORT ENGINEERING<br>4125 DOUGALL AVE.<br>WINDSOR, ON N9GIX5<br>CANADA | 849 | 1/6/2020 | Dura Operating, LLC | $2,560.00 | | | | | $2,560.00 |
| Missouri Department of Revenue<br>PO Box 475<br>Jefferson City, MO 65105 | 307 | 12/20/2019 | Dura Operating, LLC | $0.00 | | | | | $0.00 |
| Modern Automation<br>c/o Bankruptcy Claims Administrative Services, LLC<br>100 Union Avenue, Suite 240<br>Cresskill, NJ 07626 | 928 | 1/6/2020 | Dura Operating, LLC | $656.92 | | | | | $656.92 |
| NIAGARA LASALLE CORPORATION<br>1412 - 150TH STREET<br>HAMMOND, IN 46327 | 312 | 12/23/2019 | Dura Operating, LLC | $18,767.41 | | | | | $18,767.41 |
| Orbitform<br>c/o Bankruptcy Claims Administrative Services, LLC<br>100 Union Aveune, Suite 240<br>Cresskill, NJ 07626 | 925 | 1/6/2020 | Dura Operating, LLC | $615.00 | | | | | $615.00 |
| Parker-Hannifin Corporation<br>Sandra J. Sberna<br>Credit Analyst Corp.H.Q.<br>6035 Parkland Blvd.<br>Cleveland, OH 44124 | 236 | 12/16/2019 | Dura Operating, LLC | $1,314.19 | | | | | $1,314.19 |
| PA-TED SPRING CO. INC<br>137 VINCENT P. KELLY ROAD<br>BRISTOL, CT 06010 | 490 | 1/3/2020 | Dura Operating, LLC | $92,863.99 | | | | | $92,863.99 |
| Patriarch Partners Management Group, LLC<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Attn: Carl T. Tullson<br>920 North King Street<br>Wilmington, DE 19801 | 799 | 1/6/2020 | Dura Operating, LLC | $1,484,996.56 | | | | | $1,484,996.56 |

Claim Register
In re Dura Operating, LLC
Case No. 19-12374

| Creditor Name and Address | Claim No. | Claim Date | Debtor | Current General Unsecured Claim Amount | Current Priority Claim Amount | Current Secured Claim Amount | Current 503(b)(9) Admin Priority Amount | Current Admin Priority Amount | Total Current Claim Amount |
|---|---|---|---|---|---|---|---|---|---|
| Paul & Albrecht<br>Stresemannallee 4b<br>Neuss 41460<br>Germany | 597 | 1/6/2020 | Dura Operating, LLC | $1,435.29 | | | | | $1,435.29 |
| Perfection Spring & Stamping<br>PO Box 275<br>1449 East Algonquin Road<br>Mount Prospect, IL 60056-0275 | 715 | 1/3/2020 | Dura Operating, LLC | $271,578.75 | | | $68,243.13 | | $339,821.88 |
| Porter Precision<br>c/o Bankruptcy Claims Administrative Services, LLC<br>100 Union Avenue, Suite 240<br>Cresskill, NJ 07626 | 937 | 1/6/2020 | Dura Operating, LLC | $772.20 | | | | | $772.20 |
| Quality Tool Company<br>577 Mel Simon Drive<br>Toledo, OH 43612 | 442 | 12/30/2019 | Dura Operating, LLC | $3,160.17 | | | | | $3,160.17 |
| Reising Ethington PC<br>c/o Max J. Newman<br>Butzel Long<br>41000 Woodward Ave<br>Bloomfield Hills, MI 48304 | 310 | 12/23/2019 | Dura Operating, LLC | | | $140,570.50 | | | $140,570.50 |
| Revere Plastic Systems, LLC<br>c/o Bankruptcy Claims Administrative Services, LLC<br>100 Union Avenue, Suite 240<br>Cresskill, NJ 07626 | 927 | 1/6/2020 | Dura Operating, LLC | $12,632.45 | | | $7,731.02 | $2,500.65 | $22,864.12 |
| Robbins & Bohr, LLC<br>Joseph W. Robbins, Sr<br>420 Hudson Rd<br>P.O. Box 4046<br>Chattanooga, TN 37405 | 361 | 12/26/2019 | Dura Operating, LLC | $8,649.33 | | | | | $8,649.33 |
| Robbins & Bohr, LLC<br>Joseph W. Robbins, Sr<br>420 Hudson Rd<br>P.O. Box 4046<br>Chattanooga, TN 37405 | 365 | 12/26/2019 | Dura Operating, LLC | $1,143.51 | | | | | $1,143.51 |
| Samtec, Inc<br>Allen Platt, Esq. General Counsel<br>520 Park East Boulevard<br>New Albany, IN 47150 | 549 | 1/3/2020 | Dura Operating, LLC | $18,817.70 | | | $9,176.05 | | $27,993.75 |
| Schneider National Inc<br>Attn: Credit Dept<br>3101 Packerland Dr<br>Green Bay, WI 54313 | 272 | 12/19/2019 | Dura Operating, LLC | $69,829.91 | | | | | $69,829.91 |

Claim Register
In re Dura Operating, LLC
Case No. 19-12374

| Creditor Name and Address | Claim No. | Claim Date | Debtor | Current General Unsecured Claim Amount | Current Priority Claim Amount | Current Secured Claim Amount | Current 503(b)(9) Admin Priority Amount | Current Admin Priority Amount | Total Current Claim Amount |
|---|---|---|---|---|---|---|---|---|---|
| Securit Metal Products Co. c/o Bankruptcy Claims Administrative Services, LLC 100 Union Avenue, Suite 240 Cresskill, NJ 07626 | 798 | 1/6/2020 | Dura Operating, LLC | $2,445.00 | | | $1,222.50 | | $3,667.50 |
| Semblex Corporation 900 N. Church Road Elmhurst, IL 60126 | 662 | 1/2/2020 | Dura Operating, LLC | $7,109.38 | | | $553.86 | | $7,663.24 |
| SETSA - Sociedade de Engenharia e Transformacao, S.A. SOCIEDADE DE ENGENHARIA E TR RUA AUGUSTO COSTA PICASSINOS MARINHA GRANDE 2430-463 PORTUGAL | 239 | 11/19/2019 | Dura Operating, LLC | $139,200.00 | | | | | $139,200.00 |
| Siemens Industry Software Inc. 8005 S.W. Boeckman Road Wilsonville, OR 97070 | 587 | 1/3/2020 | Dura Operating, LLC | $62,794.37 | | | | | $62,794.37 |
| Siemens Industry Software Inc. 8005 S.W. Boeckman Road Wilsonville, OR 97070 | 790 | 1/6/2020 | Dura Operating, LLC | $46,847.56 | | | | | $46,847.56 |
| Solvay Mexicana S. de R.L. de C.V. Solvay USA, INC 504 Carnegie Center Princeton, NJ 08540 | 40 | 11/12/2019 | Dura Operating, LLC | $11,766.86 | | | | | $11,766.86 |
| Spring Dynamics Inc. c/o Max J. Newman Butzel Long 41000 Woodward Ave. Stoneridge West Bloomfield Hills, MI 48304 | 608 | 1/6/2020 | Dura Operating, LLC | $64,950.31 | | | $11,180.75 | | $76,131.06 |
| Sugar Creek Enterprise LLC c/o Bankruptcy Claims Administrative Services, LLC 100 Union Avenue, Suite 240 Cresskill, NJ 07626 | 839 | 1/6/2020 | Dura Operating, LLC | $3,754.94 | | | | $158.96 | $3,913.90 |
| SWD, Inc. Attn: R Dieken & R Delawder 910 S. Stiles Dr. Addison, IL 60101 | 962 | 1/13/2020 | Dura Operating, LLC | $86,747.69 | | | | | $86,747.69 |
| Teknor Apex Company Attn: Bruce Galletly Director of Credit 505 Central Avenue Pawtucket, RI 02861-1900 | 417 | 12/27/2019 | Dura Operating, LLC | $120,198.91 | | | $25,368.12 | | $145,567.03 |

Claim Register
In re Dura Operating, LLC
Case No. 19-12374

| Creditor Name and Address | Claim No. | Claim Date | Debtor | Current General Unsecured Claim Amount | Current Priority Claim Amount | Current Secured Claim Amount | Current 503(b)(9) Admin Priority Amount | Current Admin Priority Amount | Total Current Claim Amount |
|---|---|---|---|---|---|---|---|---|---|
| THE ACME SPRING C LIMITED<br>BRANDON WAY<br>WEST MIDLANDS<br>WEST BROMWICH B70 9PQ<br>UNITED KINGDOM | 599 | 1/3/2020 | Dura Operating, LLC | $15,500.00 | | | | | $15,500.00 |
| The Crown Group, Inc.<br>Babst Calland<br>Attn: EKD/DWR<br>Two Gateway Center, 7th Floor<br>Pittsburgh, PA 15222 | 631 | 1/6/2020 | Dura Operating, LLC | $68,154.00 | | | $12,000.00 | | $80,154.00 |
| The EMC Shop<br>c/o Bankruptcy Claims Administrative Services, LLC<br>100 Union Avenue, Suite 240<br>Cresskill, NJ  07626 | 854 | 1/6/2020 | Dura Operating, LLC | $56,125.00 | | | | | $56,125.00 |
| Thunder Mfg. USA Inc.<br>Jaffe Raitt Heuer & Weiss, P.C.<br>Attn: Paul R. Hage<br>27777 Franklin, Suite 2500<br>Southfield, MI 48034 | 320 | 12/23/2019 | Dura Operating, LLC | $168,244.65 | | | $34,455.79 | | $202,700.44 |
| TOAGOSEI AMERICA, INC.<br>1450 WEST MAIN STREET<br>WEST JEFFERSON, OH 43162 | 228 | 12/16/2019 | Dura Operating, LLC | $19,151.00 | | | | | $19,151.00 |
| Total Quality Logistics, LLC<br>Attn: Joseph Wells, Asst. Corp. Counsel<br>4289 Ivy Pointe Blvd.<br>Cincinnati , OH 45245 | 453 | 12/31/2019 | Dura Operating, LLC | $76,251.38 | | | | $28,768.65 | $105,020.03 |
| Trelleborg Building Systems<br>Clark Hill PLC<br>Attn: Shannon L. Deeby<br>151 S. Old Woodward Avenue<br>Suite 200<br>Brimingham, MI 48009 | 570 | 1/3/2020 | Dura Operating, LLC | $94,406.43 | | | $8,688.64 | $12,150.03 | $115,245.10 |
| Tri Matic Spring Co.<br>c/o Bankruptcy Claims Administrative Services, LLC<br>100 Union Avenue, Suite 240<br>Cresskill, NJ 07626 | 785 | 1/6/2020 | Dura Operating, LLC | $864.18 | $61.93 | | $61.93 | | $988.04 |
| TRIGO Quality Soultions US Inc.<br>50459 CENTRAL INDUSTRIAL DR<br>SHELBY TOWNSHIP, MI 48315 | 970 | 1/17/2020 | Dura Operating, LLC | $26,024.53 | | | | | $26,024.53 |
| U.S. Customs and Border Protection<br>Attn: Revenue Division, Bankruptcy Team<br>6650 Telecom Dr., Suite 100<br>Indianapolis, IN 46278 | 1035 | 4/10/2020 | Dura Operating, LLC | | $0.00 | | | | $0.00 |

Claim Register
In re Dura Operating, LLC
Case No. 19-12374

| Creditor Name and Address | Claim No. | Claim Date | Debtor | Current General Unsecured Claim Amount | Current Priority Claim Amount | Current Secured Claim Amount | Current 503(b)(9) Admin Priority Amount | Current Admin Priority Amount | Total Current Claim Amount |
|---|---|---|---|---|---|---|---|---|---|
| Universal Polymer & Rubber Ltd.<br>c/o Bankruptcy Claims Administrative Services, LLC<br>100 Union Avenue, Suite 240<br>Cresskill, NJ 07626 | 787 | 1/6/2020 | Dura Operating, LLC | $57,639.79 | | | $44,860.68 | $764.40 | $103,264.87 |
| VALLEY TOOL & DIE STAMPINGS, INC.<br>6408 WEST US 24<br>LOGANSPORT, IN 46947 | 507 | 1/3/2020 | Dura Operating, LLC | $12,079.34 | | | | | $12,079.34 |
| Vendor Recovery Fund IV, LLC<br>PO Box 669<br>Smithtown, NY 11787 | 656 | 1/6/2020 | Dura Operating, LLC | $13,382.61 | | | | | $13,382.61 |
| Vendor Recovery Fund IV, LLC<br>PO Box 669<br>Smithtown, NY 11787 | 696 | 1/6/2020 | Dura Operating, LLC | $4,777.00 | | | | | $4,777.00 |
| Vendor Recovery Fund IV, LLC<br>PO Box 669<br>Smithtown, NY 11787 | 745 | 1/6/2020 | Dura Operating, LLC | $46,500.00 | | | | | $46,500.00 |
| Viking Products, Inc.<br>3710 Northridge Drive NW<br>Grand Rapids, MI 49544 | 149 | 11/27/2019 | Dura Operating, LLC | $3,593.10 | | | | | $3,593.10 |
| Vitrica S.A De C.V.<br>Jaffe Raitt Heuer & Weiss, P.C.<br>Attn: Paul R. Hage<br>27777 Franklin, Suite 2500<br>Southfield, MI 48034 | 326 | 12/23/2019 | Dura Operating, LLC | $52,095.03 | | | $15,572.93 | | $67,667.96 |
| Vivacqua Law, PLLC<br>3101 E. Eisenhower Parkway<br>Ann Arbor, MI 48108 | 277 | 12/19/2019 | Dura Operating, LLC | $452,933.00 | | | | | $452,933.00 |
| VM COMP<br>114 BUCURESTI-PITESTI RD.<br>STEFANESTI - ARGES 117715<br>ROMANIA | 524 | 1/2/2020 | Dura Operating, LLC | $7,176.14 | | | | | $7,176.14 |
| W.W. Grainger, Inc.<br>401 South Wright Road W4W.R47<br>Janesville, WI 53546 | 16 | 10/30/2019 | Dura Operating, LLC | $8,931.14 | | | | | $8,931.14 |
| Wald, LLC<br>W. Timothy Miller, Taft Law<br>425 Walnut St., Suite 1800<br>Cincinnati, OH 45103 | 621 | 1/3/2020 | Dura Operating, LLC | $95,649.35 | | | | | $95,649.35 |
| Wells Fargo Equipment Finance, Inc.<br>c/o Wells Fargo Vendor Financial Services LLC<br>1010 Thomas Edison Blvd, SW<br>Cedar Rapids, IA 52404 | 694 | 1/6/2020 | Dura Operating, LLC | | | $181,777.62 | | | $181,777.62 |

Claim Register
In re Dura Operating, LLC
Case No. 19-12374

| Creditor Name and Address | Claim No. | Claim Date | Debtor | Current General Unsecured Claim Amount | Current Priority Claim Amount | Current Secured Claim Amount | Current 503(b)(9) Admin Priority Amount | Current Admin Priority Amount | Total Current Claim Amount |
|---|---|---|---|---|---|---|---|---|---|
| Westchester Fire Insurance Company<br>Duane Morris LLP<br>Wendy M. Simkulak, Esquire<br>30 S. 17th Street<br>Philadelphia, PA 19103-4196 | 619 | 1/3/2020 | Dura Operating, LLC | $0.00 | | $0.00 | | $0.00 | $0.00 |
| Whitlam Group<br>c/o Bankruptcy Claims Administrative Services, LLC<br>100 Union Avenue, Suite 240<br>Cresskill, NJ 07626 | 869 | 1/6/2020 | Dura Operating, LLC | $690.00 | | | | | $690.00 |
| Workday, Inc.<br>6110 Stoneridge Mall Road<br>Pleasanton, CA 94588 | 912 | 1/6/2020 | Dura Operating, LLC | $599,145.00 | | | | | $599,145.00 |
| Wright Plastic Products Co, LLC<br>201 E Condensery Road<br>Sheridan, MI 48884 | 960 | 1/10/2020 | Dura Operating, LLC | $245,533.95 | | | $122,758.30 | | $368,292.25 |
| Wright Plastic Products Co, LLC<br>201 E Condensery Road<br>Sheridan, MI 48884 | 1036 | 4/20/2020 | Dura Operating, LLC | $382,113.75 | | | $112,758.30 | | $494,872.05 |
| Wright Plastic Products Co, LLC<br>201 E Condensery Road<br>Sheridan, MI 48884 | 1038 | 4/20/2020 | Dura Operating, LLC | $382,113.75 | | | $112,758.30 | | $494,872.05 |
| Zohar II 2005-1, Limited<br>Young Conaway Stargatt & Taylor, LLP<br>Robert S. Brady, Michael R. Nestor, James L. Patton<br>Joseph M. Barry, James L. Patton, Ryan M. Bartley<br>1000 North King Street<br>Wilmington , DE 19801 | 732 | 1/6/2020 | Dura Operating, LLC | | | $0.00 | | | $0.00 |
| Zohar III, Limited<br>Young Conaway Stargatt & Taylor, LLP<br>Robert S. Brady, Michael R. Nestor, James L. Patton<br>Joseph M. Barry, Ryan M. Bartley, Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801 | 729 | 1/6/2020 | Dura Operating, LLC | | | $0.00 | | | $0.00 |