UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DELAWARE
DELAWARE DIVISION

| Case number |
| --- |
| 19-12374-KBO |

In re: DURA OPERATING, LLC
Taxpayer number: XXXXXXX3042

---

## 2ND AMENDED CLAIM # 27

### ADMINISTRATIVE EXPENSE CLAIM

| Name or creditor | Send notices to |
| --- | --- |
| Texas Comptroller of Public Accounts | Office of the Attorney General<br>Bankruptcy & Collections Division MC-008<br>P. O. Box 12548<br>Austin, TX 78711-2548   Phone: 512-463-2173 |

**1. Basis for claim**
Taxes, Penalties and Interest

**2. Date debt was incurred**
12/16/2020

**3.**
Payment of these taxes, penalties and interest is requested as an administrative expense under 11 U.S.C. sec. 503(b). Interest and penalties continue to accrue.

**4. Total amount of claim and request**
$14,006.41
FRANCHISE TAX CH. 171

| | TAX | PENALTY | INTEREST |
| --- | --- | --- | --- |
| | $12,581.10 | $1,308.12 | $117.19 |

**5. Supporting documents**

No documents are required to support claims based on statute.

This claim is based, in whole or in part, on estimated liability due to the debtor's non-filing of a return or returns. The claim may be amended when actual amounts are obtained.

*FILED 2021 JUL 20 AM 8: 54 U.S. BANKRUPTCY COURT DISTRICT OF DELAWARE CLERK*

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information and reasonable belief.

Date:   07/08/2021

*Kara Rer* (signature)

KARA K RICHTER
Accounts Examiner
Revenue Accounting Division
Texas Comptroller of Public Accounts
512-463-4510

Mail payments to: Revenue Accounting Division
Attention: Bankruptcy
P.O. Box 13528
Austin, TX 78711-3528

Penalty for presenting fraudulent claim: fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. secs. 152 and 3571.

Form 00-357 (Rev 8-19/8)

 Comptroller  89-230
of Public
Accounts  (6-20)
Form

## Bankruptcy Claim Worksheet —
*With Addendum*

| Date 07/08/2021 | Case court number 19-12374-KBO | Primary TP ID XXXXXXX3042 | Taxpayer number XXXXXXX3042 |
|---|---|---|---|
| Entity name DURA OPERATING, LLC | | | |

Basis for claim:
13 - FRANCHISE TAX

| PERIOD | BASIS | GROSS TAX | PENALTY | INTEREST | TOTAL | PAYMENT | BALANCE |
|---|---|---|---|---|---|---|---|
| 20 | EF | $12,581.10 | $1,308.12 | $117.19 | $14,006.41 | $0.00 | $14,006.41 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| **TOTAL:** | | $12,581.10 | $1,308.12 | $117.19 | $14,006.41 | $0.00 | $14,006.41 |

2ND AMENDED ADMINISTRATIVE EXPENSE CLAIM

| | GRAND TOTAL: | $14,006.41 |
|---|---|---|

Addendum:

- This claim is based, in whole or in part, on estimated liability due to the debtor's non-filing of a return or returns. The claim may be amended when actual amounts are obtained.

| R- Original Tax Return | F - Final Return | AR - Affiliated Return | EAA - Estimated Affiliated Audit |
|---|---|---|---|
| A - Audit | EF - Estimated Final Return | AA - Affiliated Audit | EAF - Estimated Affiliated Final |
| EA - Estimated Audit | SA - Successor Assessment | AF - Affiliated Final | |
| ER - Estimated Return | PA - Predecessor Assessment | EAR - Estimated Affiliated Return | |



TEXAS COMPTROLLER OF PUBLIC ACCOUNTS

**FILED**

2021 JUL 20  AM 8: 54

P.O. Box 13528  •  Austin, TX 78711-3528

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

07/08/2021

Clerk
U.S. Bankruptcy Court
824 MARKET STREET, 3RD FL.
WILMINGTON, DE 19801-3024


Re:  Taxpayer # XXXXXXX3042
      DURA OPERATING, LLC
      Bankruptcy Case # 19-12374-KBO


The State of Texas submits for your office to file the enclosed Post-petition Tax Claim(s) in the above-referenced proceeding.

Enclosed is a second copy of the proof(s) of claim.  Please stamp this copy with the date filed and return it in the enclosed self-addressed envelope.

The Office of the Attorney General is representing the Comptroller of Public Accounts in this proceeding.  Please direct all notices and correspondence to:

Office of the Attorney General
Bankruptcy & Collections Division MC-008
P.O. Box 12548
Austin, TX 78711-2548


Thank you for your cooperation in this matter.

Sincerely,

*Kara Richter*

KARA K RICHTER
Accounts Examiner
Bankruptcy and Liens Section
Revenue Accounting Division

Enclosure

Form VT-358 (Rev.8-19/6)